Aaron P. Brecher (SBN 305001)
abrecher@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101-2668
Telephone:     +1 206 839 4300
Facsimile:     +1 206 839 4301

Molly McCafferty (SBN 325439)
mmccafferty@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

*Attorneys for Defendant*
*HLT San Jose LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE (K.R.D.),<br><br>          Plaintiff,<br><br>     v.<br><br>HILTON DOMESTIC OPERATING COMPANY INC., et al.,<br><br>          Defendants. | Case No. 5:24-cv-06993-PCP<br><br>**DEFENDANT HLT SAN JOSE LLC'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>Judge:  Hon. P. Casey Pitts<br>Action Filed: October 4, 2024<br>Trial Date: TBD |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant HLT San Jose LLC ("HLT") answers Plaintiff K.R.D.'s Complaint (the "Complaint") (ECF No. 1) as follows.

## SUMMARY

1. HLT is without knowledge sufficient to admit or deny whether Plaintiff is a victim of sex trafficking, and on that basis, denies the allegations. As to the allegations in Paragraph 1 that are directed at HLT, HLT denies the allegations.

2. Paragraph 2, including the accompanying footnote, is a statement of law that does not require admission or denial. HLT responds that the TVPRA speaks for itself.

3. Paragraph 3, including the accompanying footnote, includes a statement of law that does not require admission or denial. Paragraph 3 also includes a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal argument is construed to be factual allegations.

4. In response to Paragraph 4, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

5. Paragraph 5 is a statement of law that does not require admission or denial. HLT responds that the TVPRA speaks for itself.

6. HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

7. As to the allegations in Paragraph 7 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 7 that are directed at HLT, HLT denies the allegations.

8. As to the allegations in Paragraph 8 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 8 that are directed at HLT, HLT denies the allegations.

## PARTIES

9. In response to Paragraph 9, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

10.    In response to Paragraph 10, HLT is without sufficient knowledge to admit or deny whether Plaintiff is a victim of sex trafficking, and on that basis, denies the allegations.

11.    The allegations in Paragraph 11 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

12.    The allegations in Paragraph 12 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

13.    The allegations in Paragraph 13 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

14.    The allegations in Paragraph 14 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

15.    The allegations in Paragraph 15 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

16.    In response to Paragraph 16, HLT admits that it is a Delaware limited liability company with a principal place of business in Virginia.

17.    As to the allegations in Paragraph 17 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 17 that are directed at HLT, HLT denies the allegations.

18.    In response to Paragraph 18, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

**JURISDICTION & VENUE**

19.    In response to Paragraph 19, HLT admits the Court has subject matter jurisdiction.

20.    In response to Paragraph 20, HLT admits the venue is proper in this Court.

21.    The allegations in Paragraph 21 are directed at different defendants, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

22.    In response to Paragraph 22, HLT admits the venue is proper in this Court.

**STATEMENT OF FACTS**

**I.     JANE DOE (K.R.D.) WAS A VICTIM OF UNLAWFUL SEX TRAFFICKING AT A HOTEL OWNED, OPERATED, MANAGED AND CONTROLLED BY DEFENDANTS.**

23.     In response to Paragraph 23, HLT is without knowledge sufficient to admit or deny whether Plaintiff is a victim of sex trafficking, and on that basis, denies the allegations. To the extent the heading of this Section contains factual allegations that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. To the extent the heading of this Section contains factual allegations that are directed at HLT, HLT denies them.

24.     In response to Paragraph 24, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

25.     In response to Paragraph 25, including the accompanying footnote, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

26.     In response to Paragraph 26, HLT is without knowledge sufficient to admit or deny the allegations regarding Plaintiff's trafficker and, on that basis, denies the allegations. As to the allegations in Paragraph 26 that are directed at HLT, HLT denies them.

27.     In response to Paragraph 27, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

28.     In response to Paragraph 28, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

29.     In response to Paragraph 29, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

30.     In response to Paragraph 30, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations. As to the allegations in Paragraph 30 that are directed at HLT, HLT denies them.

31.     In response to Paragraph 31, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations. As to the allegations in Paragraph

31 that are directed at HLT, HLT denies them.

32.    In response to Paragraph 32, HLT denies the allegations.

33.    As to the allegations in Paragraph 33 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 33 that are directed at HLT, HLT denies the allegations.

34.    As to the allegations in Paragraph 34, including the footnote, that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.  As to the allegations in Paragraph 34, including the footnote, that are directed at HLT, HLT denies the allegations.

## II.    THE HOTEL INDUSTRY'S ROLE IN SEX TRAFFICKING AND HOTEL DEFENDANTS' KNOWLEDGE OF THE PROBLEM.

35.    In response to Paragraph 35, HLT denies the allegations.  To the extent the heading of this Section contains factual allegations that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. To the extent the heading of this Section contains factual allegations that are directed at HLT, HLT denies them.

36.    In response to Paragraph 36, including the accompanying footnotes, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

37.    In response to Paragraph 37, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations. As to the allegations in Paragraph 37 that are directed at HLT, HLT denies the allegations

38.    In response to Paragraph 38, including the accompanying footnote, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

39.    As to the allegations in Paragraph 39, including the subparagraphs, that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 39, including the subparagraphs, that are directed at HLT, HLT denies the allegations.

40.    In response to Paragraph 40, including the accompanying footnote, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

41.    In response to Paragraph 41, including the accompanying footnote, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

42.    As to the allegations in Paragraph 42, including the accompanying footnote, that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 42, including the accompanying footnote, that are directed at HLT, HLT denies the allegations.

43.    As to the allegations in Paragraph 43 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.  As to the allegations in Paragraph 43 that are directed at HLT, HLT denies the allegations.

44.    As to the allegations in Paragraph 44 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 44 that are directed at HLT, HLT denies the allegations.

45.    In response to Paragraph 45, including the accompanying footnotes, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

46.    As to the allegations in Paragraph 46, including the accompanying footnote, that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 46, including the accompanying footnote, that are directed at HLT, HLT denies the allegations.

47.    Paragraph 47 is a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual allegations.

48.    In response to Paragraph 48, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

49.     As to the allegations in Paragraph 49 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 49 that are directed at HLT, HLT denies the allegations.

50.     As to the allegations in Paragraph 50 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 50 that are directed at HLT, HLT denies the allegations.

51.     As to the allegations in Paragraph 51, including subparagraphs a–d and the accompanying footnotes, that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 51, including subparagraphs a–d and the accompanying footnotes, that are directed at HLT, HLT denies the allegations.

52.     As to the allegations in Paragraph 52 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 52 that are directed at HLT, HLT denies the allegations.

53.     Paragraph 53 is a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual allegations.

### III.    SEX TRAFFICKING HAS LONG BEEN PREVALENT AT HILTON HOTELS, AND HILTON DEFENDANTS HAVE KNOWN ABOUT IT.

54.     As to the allegations in Paragraph 54 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 54 that are directed at HLT, HLT denies the allegations. To the extent the heading of this Section contains factual allegations that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. To the extent the heading of this Section contains factual allegations that are directed at HLT, HLT denies them.

A.     **Sex Trafficking at Hilton Branded Hotels was well Known by Hilton Brand Defendants.**

55.     As to the allegations in Paragraph 55 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 55 that are directed at HLT, HLT denies the allegations. To the extent the heading of this Section contains factual allegations that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. To the extent the heading of this Section contains factual allegations that are directed at HLT, HLT denies them.

56.     The allegations in Paragraph 56, including the subparagraphs and accompanying footnotes, are directed to a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies the allegations.

57.     As to the allegations in Paragraph 57 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 57 that are directed at HLT, HLT denies the allegations.

58.     As to the allegations in Paragraph 58 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 58 that are directed at HLT, HLT denies the allegations.

59.     As to the allegations in Paragraph 59 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 59 that are directed at HLT, HLT denies the allegations.

**IV.     JANE DOE (K.R.D.)'S SEX TRAFFICKING AT THE SAN JOSE DOUBLETREE.**

60.     HLT is without knowledge sufficient to admit or deny the allegations regarding Plaintiff's traffickers, and on that basis, denies them. As to the allegations in Paragraph 60 that are directed at HLT, HLT denies the allegations. To the extent the heading of this Section contains factual allegations, HLT denies them.

A.    **The Hilton Defendants and HLT San Jose LLC had actual and constructive knowledge of widespread and ongoing sex trafficking at the San Jose DoubleTree.**

61.    In response to Paragraph 61, HLT denies the allegations.

62.    As to the allegations in Paragraph 62 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 62 that are directed at HLT, HLT denies the allegations.

63.    As to the allegations in Paragraph 63 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 63 that are directed at HLT, HLT denies the allegations.

64.    In response to Paragraph 64, HLT denies the allegations.

65.    As to the allegations in Paragraph 65 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 65 that are directed at HLT, HLT denies the allegations.

66.    In response to Paragraph 66, HLT denies the allegations.

67.    As to the allegations in Paragraph 67 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 67 that are directed at HLT, HLT denies the allegations.

68.    In response to Paragraph 68, including subparagraphs a–f, HLT denies the allegations.

69.    In response to Paragraph 69, HLT denies the allegations.

70.    As to the allegations in Paragraph 70 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 70 that are directed at HLT, HLT denies the allegations.

71.    As to the allegations in Paragraph 71 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 71 that are directed at HLT, HLT denies the allegations.

72.    As to the allegations in Paragraph 72 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

them. As to the allegations in Paragraph 72 that are directed at HLT, HLT denies the allegations.

73.    As to the allegations in Paragraph 73 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 73 that are directed at HLT, HLT denies the allegations.

74.    As to the allegations in Paragraph 74, including subparagraphs a–k, that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 74, including subparagraphs a–k, that are directed at HLT, HLT denies the allegations,

75.    As to the allegations in Paragraph 75 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 75 that are directed at HLT, HLT denies the allegations.

76.    As to the allegations in Paragraph 76 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 76 that are directed at HLT, HLT denies the allegations.

77.    As to the allegations in Paragraph 77 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 77 that are directed at HLT, HLT denies the allegations.

78.    As to the allegations in Paragraph 78 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 78 that are directed at HLT, HLT denies the allegations.

79.    As to the allegations in Paragraph 79 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 79 that are directed at HLT, HLT denies the allegations.

**B.    The activities of Jane Doe (K.R.D.)'s traffickers at the San Jose DoubleTree were apparent and obvious.**

80.    In response to Paragraph 80, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. To the extent the heading of this Section contains factual allegations, HLT denies them.

1    81.    In response to Paragraph 81, HLT denies the allegations.

2    82.    In response to Paragraph 82, HLT is without knowledge sufficient to admit or

3  deny the allegations, and on that basis, denies them. To the extent the allegations are directed at

4  HLT, HLT denies them.

5    83.    In response to Paragraph 83, HLT is without knowledge sufficient to admit or

6  deny the allegations, and on that basis, denies them. To the extent the allegations are directed at

7  HLT, HLT denies them.

8    84.    In response to Paragraph 84, HLT is without knowledge sufficient to admit or

9  deny the allegations, and on that basis, denies them.

10    85.    In response to Paragraph 85, HLT is without knowledge sufficient to admit or

11  deny the allegations, and on that basis, denies them.

12    86.    In response to Paragraph 86, HLT denies the allegations.

13    87.    In response to Paragraph 87, HLT denies the allegations.

14    88.    In response to Paragraph 88, HLT is without knowledge sufficient to admit or

15  deny the allegations, and on that basis, denies them. To the extent the allegations are directed at

16  HLT, HLT denies them.

17    89.    In response to Paragraph 89, HLT is without knowledge sufficient to admit or

18  deny the allegations, and on that basis, denies them. To the extent the allegations are directed at

19  HLT, HLT denies them.

20    90.    As to the allegations in Paragraph 90 that are directed at different defendants,

21  HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

22  them. As to the allegations in Paragraph 90 that are directed at HLT, HLT denies the allegations.

23    91.    As to the allegations in Paragraph 91 that are directed at different defendants,

24  HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

25  them. As to the allegations in Paragraph 91 that are directed at HLT, HLT denies the allegations.

26    92.    Paragraph 92 is a legal argument that does not require admission or denial. HLT

27  denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual

28  allegations.

1        93.     In response to Paragraph 93, HLT denies the allegations.

2        94.     The allegations in Paragraph 94 are directed at a different defendant, so HLT is

3   without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

4        95.     As to the allegations in Paragraph 95 that are directed at different defendants,

5   HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

6   them. As to the allegations in Paragraph 95 that are directed at HLT, HLT denies the allegations.

7        96.     As to the allegations in Paragraph 96 that are directed at different defendants,

8   HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

9   them.  As to the allegations in Paragraph 96 that are directed at HLT, HLT denies the allegations.

10      **C.      HLT San Jose LLC facilitated the trafficking activity at the San Jose
               DoubleTree that resulted in the trafficking of Jane Doe (K.R.D.).**

11

12      97.     As to the allegations in Paragraph 97 that are directed at different defendants,

13  HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

14  them.  As to the allegations in Paragraph 97 that are directed at HLT, HLT denies the allegations.

15  To the extent the heading of this Section contains factual allegations, HLT denies them.

16      98.     In response to Paragraph 98, HLT denies the allegations.

17      99.     In response to Paragraph 99, HLT denies the allegations.

18      100.    In response to Paragraph 100, HLT denies the allegations.

19      101.    In response to Paragraph 101, including subparagraphs a–h, HLT denies the

20  allegations.

21      102.    In response to Paragraph 102, HLT denies the allegations.

22      103.    In response to Paragraph 103, HLT denies the allegations.

23      104.    As to the allegations in Paragraph 104 that are directed at different defendants,

24  HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

25  them.  As to the allegations in Paragraph 104 that are directed at HLT, HLT denies the allegations.

26

27

28

1

2

**D.      Hilton Defendants facilitated the trafficking activity at the San Jose DoubleTree that resulted in the trafficking of Jane Doe (K.R.D.).**

3      105.      As to the allegations in Paragraph 105, including subparagraphs a–j and the

4    accompanying footnote, that are directed at a different defendant, HLT is without knowledge

5    sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in

6    Paragraph 105, including subparagraphs a–j and the accompanying footnote, that are directed at

7    HLT, HLT denies the allegations. To the extent the heading of this Section contains factual

8    allegations that are directed at different defendants, HLT is without knowledge sufficient to admit

9    or deny the allegations, and on that basis, denies them. To the extent the heading of this Section

10   contains factual allegations that are directed at HLT, HLT denies them.

11      106.      As to the allegations in Paragraph 106 that are directed at different defendants,

12   HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

13   them. As to the allegations in Paragraph 106 that are directed at HLT, HLT denies the allegations.

14      107.      The allegations in Paragraph 107 are directed at a different defendant, so HLT is

15   without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

16      108.      The allegations in Paragraph 108 are directed at a different defendant, so HLT is

17   without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

18      109.      As to the allegations in Paragraph 109, including subparagraphs a–o, that are

19   directed at a different defendant, HLT is without knowledge sufficient to admit or deny the

20   allegations, and on that basis, denies them. As to the allegations in Paragraph 109, including

21   subparagraphs a–o, that are directed at HLT, HLT denies the allegations.

22      110.      As to the allegations in Paragraph 110, including the accompanying footnote, that

23   are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the

24   allegations, and on that basis, denies them.  As to the allegations in Paragraph 110, including the

25   accompanying footnote, that are directed at HLT, HLT denies the allegations.

26      111.      HLT is without knowledge sufficient to admit or deny the allegations, and on that

27   basis, denies them.

28

112.    As to the allegations in Paragraph 112 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 112 that are directed at HLT, HLT denies the allegations.

113.    The allegations in Paragraph 113 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

114.    The allegations in Paragraph 114 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

115.    The allegations in Paragraph 115 are directed at a different defendant, so HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

116.    As to the allegations in Paragraph 116 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 116 that are directed at HLT, HLT denies the allegations.

117.    As to the allegations in Paragraph 117 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 117 that are directed at HLT, HLT denies the allegations.

118.    As to the allegations in Paragraph 118 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 118 that are directed at HLT, HLT denies the allegations.

119.    As to the allegations in Paragraph 119 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 119 that are directed at HLT, HLT denies the allegations.

120.    As to the allegations in Paragraph 120 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 120 that are directed at HLT, HLT denies the allegations.

121.    As to the allegations in Paragraph 121 that are directed at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 121 that are directed at HLT, HLT denies the allegations.

1    122.    The allegations in Paragraph 122 are directed at a different defendant, so HLT is

2    without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

3    123.    As to the allegations in Paragraph 123 that are directed at a different defendant,

4    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

5    them. As to the allegations in Paragraph 123 that are directed at HLT, HLT denies the allegations.

6    124.    As to the allegations in Paragraph 124 that are directed at different defendants,

7    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

8    them. As to the allegations in Paragraph 124 that are directed at HLT, HLT denies the allegations.

9    125.    As to the allegations in Paragraph 125 that are directed at different defendants,

10    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

11    them. As to the allegations in Paragraph 125 that are directed at HLT, HLT denies the allegations.

12    126.    As to the allegations in Paragraph 126 that are directed at different defendants,

13    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

14    them. As to the allegations in Paragraph 126 that are directed at HLT, HLT denies the allegations.

15    127.    As to the allegations in Paragraph 127 that are directed at different defendants,

16    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

17    them. As to the allegations in Paragraph 127 that are directed at HLT, HLT denies the allegations.

18    128.    As to the allegations in Paragraph 128 that are directed at different defendants,

19    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

20    them. As to the allegations in Paragraph 128 that are directed at HLT, HLT denies the allegations.

21    129.    The allegations in Paragraph 129 are directed at different defendants, so HLT is

22    without knowledge sufficient to admit or deny the allegations, and on that basis, denies them.

23    130.    As to the allegations in Paragraph 130 that are directed at different defendants,

24    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

25    them. As to the allegations in Paragraph 130 that are directed at HLT, HLT denies the allegations.

26    131.    As to the allegations in Paragraph 131 that are directed at different defendants,

27    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

28    them. As to the allegations in Paragraph 131 that are directed at HLT, HLT denies the allegations.

1

## V.    DEFENDANTS' BENEFIT FROM VENTURES AT THE SAN JOSE DOUBLETREE.

2

3    132.    As to the allegations in Paragraph 132 that are directed at different defendants,

4    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

5    them. As to the allegations in Paragraph 132 that are directed at HLT, HLT denies them. To the

6    extent the heading of this Section contains factual allegations that are directed at different

7    defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that

8    basis, denies them. To the extent the heading of this Section contains factual allegations that are

9    directed at HLT, HLT denies them.

10    133.    As to the allegations in Paragraph 133 that are directed at different defendants,

11    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

12    them. As to the allegations in Paragraph 133 that are directed at HLT, HLT denies the allegations.

13    134.    As to the allegations in Paragraph 134 that are directed at different defendants,

14    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

15    them. As to the allegations in Paragraph 134 that are directed at HLT, HLT denies the allegations.

16    135.    As to the allegations in Paragraph 135 that are directed at a different defendant,

17    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

18    them. As to the allegations in Paragraph 135 that are directed at HLT, HLT denies the allegations.

19    136.    As to the allegations in Paragraph 136 that are directed at different defendants,

20    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

21    them. As to the allegations in Paragraph 136 that are directed at HLT, HLT denies the allegations.

22    137.    As to the allegations in Paragraph 137 that are directed at different defendants,

23    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

24    them. As to the allegations in Paragraph 137 that are directed at HLT, HLT denies the allegations.

25    138.    As to the allegations in Paragraph 138 that are directed at different defendants,

26    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

27    them.  As to the allegations in Paragraph 138 that are directed at HLT, HLT denies the allegations.

28

1    139.    As to the allegations in Paragraph 139 that are directed at different defendants,

2    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

3    them. As to the allegations in Paragraph 139 that are directed at HLT, HLT denies the allegations.

4    140.    As to the allegations in Paragraph 140 that are directed at different defendants,

5    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

6    them. As to the allegations in Paragraph 140 that are directed at HLT, HLT denies the allegations.

7    141.    In response to Paragraph 141, HLT denies the allegations.

8    142.    In response to Paragraph 142, HLT denies the allegations.

9    143.    As to the allegations in Paragraph 143 that are directed at different defendants,

10    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

11    them. As to the allegations in Paragraph 143 that are directed at HLT, HLT denies the allegations.

12    144.    As to the allegations in Paragraph 144 that are directed at different defendants,

13    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

14    them. As to the allegations in Paragraph 144 that are directed at HLT, HLT denies the allegations.

15    145.    Paragraph 145 is a legal argument that does not require admission or denial. HLT

16    denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual

17    allegations.

18    146.    As to the allegations in Paragraph 146 that are directed at different defendants,

19    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

20    them. As to the allegations in Paragraph 146 that are directed at HLT, HLT denies the allegations.

21    147.    As to the allegations in Paragraph 147 that are directed at different defendants,

22    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

23    them. As to the allegations in Paragraph 147 that are directed at HLT, HLT denies the allegations.

24    148.    As to the allegations in Paragraph 148 that are directed at different defendants,

25    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

26    them. As to the allegations in Paragraph 148 that are directed at HLT, HLT denies the allegations.

27    149.    As to the allegations in Paragraph 149 that are directed at different defendants,

28    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

1    them. As to the allegations in Paragraph 149 that are directed at HLT, HLT denies the allegations.

2       150.     As to the allegations in Paragraph 150 that are directed at different defendants,

3    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

4    them. As to the allegations in Paragraph 150 that are directed at HLT, HLT denies the allegations.

5       151.     As to the allegations in Paragraph 151 that are directed at a different defendant,

6    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

7    them. As to the allegations in Paragraph 151 that are directed at HLT, HLT denies the allegations.

8    **VI.     HLT SAN JOSE LLC OPERATED AS HILTON'S AGENT.**

9       152.     As to the allegations in Paragraph 152 that are directed at a different defendant,

10    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

11    them. As to the allegations in Paragraph 152 that are directed at HLT, HLT denies the allegations.

12    To the extent the heading of this Section contains factual allegations, HLT denies them.

13       153.     As to the allegations in Paragraph 153 that are directed at different defendants,

14    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

15    them. As to the allegations in Paragraph 153 that are directed at HLT, HLT denies the allegations.

16       154.     As to the allegations in Paragraph 154 that are directed at a different defendant,

17    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

18    them. As to the allegations in Paragraph 154 that are directed at HLT, HLT denies the allegations.

19       155.     As to the allegations in Paragraph 155 that are directed at a different defendant,

20    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

21    them. As to the allegations in Paragraph 155 that are directed at HLT, HLT denies the allegations.

22       156.     As to the allegations in Paragraph 156, and subparagraphs a–h, that are directed

23    at a different defendant, HLT is without knowledge sufficient to admit or deny the allegations, and

24    on that basis, denies them. As to the allegations in Paragraph 156, and subparagraphs a–h, that are

25    directed at HLT, HLT denies the allegations.

26       157.     As to the allegations in Paragraph 157, including subparagraphs a–w, that are

27    directed at a different defendant, HLT is without knowledge sufficient to admit or deny the

28    allegations. As to the allegations in Paragraph 157, including subparagraphs a–w, that are directed

1    at HLT, HLT denies the allegations.

2         158.    As to the allegations in Paragraph 158 that are directed at different defendants,

3    HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

4    them. As to the allegations in Paragraph 158 that are directed at HLT, HLT denies the allegations.

5         159.    In response Paragraph 159, HLT is without knowledge sufficient to admit or deny

6    the allegations, and on that basis, denies them. As to the allegations in Paragraph 159 that are

7    directed at HLT, HLT denies the allegations.

8         160.    In response to Paragraph 160, HLT is without knowledge sufficient to admit or

9    deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 160 that

10   are directed at HLT, HLT denies the allegations.

11        161.    In response to Paragraph 161, HLT denies the allegations.

12        162.    Paragraph 162 is a legal argument that does not require admission or denial. HLT

13   denies the paragraph to the extent Plaintiff's legal argument is construed to be factual allegations.

14   **VII.    HILTON BRAND DEFENDANTS ARE JOINTLY RESPONSIBLE FOR THE
          TRAFFICKING OF JANE DOE (K.R.D.).**
15

16        163.    As to the allegations in Paragraph 163 that are directed at a different defendant,

17   HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

18   them.  As to the allegations in Paragraph 163 that are directed at HLT, HLT denies the allegations.

19   To the extent the heading of this Section contains factual allegations, HLT denies them.

20        164.    As to the allegations in Paragraph 164 that are directed at a different defendant,

21   HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

22   them.  As to the allegations in Paragraph 164 that are directed at HLT, HLT denies the allegations.

23   **VIII.   DEFENDANTS ARE JOINTLY AND SEVERALLY LIABLE FOR JANE DOE
          (K.R.D.)'S DAMAGES.**
24

25        165.    As to the allegations in Paragraph 165 that are directed at a different defendant,

26   HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies

27   them.  As to the allegations in Paragraph 165 that are directed at HLT, HLT denies the allegations.

28   To the extent the heading of this Section contains factual allegations, HLT denies them.

166.    Paragraph 166 is a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual allegations.

## FIRST CAUSE OF ACTION

**(Perpetrator Liability under 18 U.S.C. 1595(a) based on violation of 18 U.S.C. 1591(a))**

167.    HLT incorporates its prior paragraphs. In response to Paragraph 167, to the extent the heading of this Section contains factual allegations, HLT denies them.

168.    In response to Paragraph 168, HLT is without sufficient knowledge to admit or deny whether Plaintiff is a victim of sex trafficking, and on that basis, denies the allegations.

169.    As to the allegations in Paragraph 169, including subparagraphs a and b, HLT denies the allegations.

170.    As to the allegations in Paragraph 170 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 170 that are directed at HLT, HLT denies the allegations.

## SECOND CAUSE OF ACTION

**(Beneficiary Liability under 1595(a) of the TVPRA)**

171.    Paragraph 171 is a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual allegations. To the extent the heading of this Section contains factual allegations, HLT denies them.

172.    As to the allegations in Paragraph 172, including the subparagraphs, that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 172, including the subparagraphs, that are directed at HLT, HLT denies the allegations.

## THIRD CAUSE OF ACTION
**(Vicarious Liability for TVPRA Violations)**

173.    In response to Paragraph 173, HLT denies the allegations. To the extent the heading of this Section contains factual allegations, HLT denies them.

- 20 -

174.    Paragraph 174 is a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal argument is construed to be factual allegations.

175.    Paragraph 175 is a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual allegations.

176.    As to the allegations in Paragraph 176 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 176 that are directed at HLT, HLT denies the allegations.

177.    Paragraph 177 is a legal argument that does not require admission or denial. HLT denies the paragraph to the extent Plaintiff's legal arguments are construed to be factual allegations.

178.    As to the allegations in Paragraph 178 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 178 that are directed at HLT, HLT denies the allegations.

179.    As to the allegations in Paragraph 179 that are directed at different defendants, HLT is without knowledge sufficient to admit or deny the allegations, and on that basis, denies them. As to the allegations in Paragraph 179 that are directed at HLT, HLT denies the allegations.

**DAMAGES**

180.    In response to Paragraph 180, HLT denies the allegations, including subparagraphs a–l.

181.    In response to Paragraph 181, HLT denies the allegations.

182.    In response to Paragraph 182, HLT denies the allegations.

183.    In response to Paragraph 183, HLT denies the allegations.

184.    In response to Paragraph 184, HLT denies the allegations.

**DISCOVERY RULE**

HLT denies that Plaintiff is entitled to the discovery rule.

**RELIEF SOUGHT**

In response to Plaintiff's prayer for judgment, HLT denies that Plaintiff is entitled to any relief.

**AFFIRMATIVE DEFENSES**

1.      The Complaint fails to state a claim upon which relief can be granted.

2.      There is not an actual or apparent agency relationship between HLT and the hotel property in question.

3.      The incidents in question and all damages complained of and claimed by Plaintiff, if any, were the fault of other parties not under the control of HLT. Plaintiff's alleged injuries and damages were caused, in whole or in part, by the criminal acts of third parties not a party to this litigation.

4.      The incidents in question and all damages complained of and claimed by Plaintiff, if any, were the fault of one or more independent acts or omissions, destroying any causal connection between any act or omission of HLT (which are denied) and the alleged injury to Plaintiff.

5.      The incidents in question and all damages complained of and claimed by Plaintiff, if any, were caused by the superseding and intervening acts of parties over whom HLT had no right of control, and this conduct, either by omission or commission, interrupted the natural and proximate causal relationship, if any, between any act or omission of HLT (which are denied) and the injury to Plaintiff.

6.      The causes of action asserted in the Complaint and any damages claimed are barred, in whole or in part, based on a failure to mitigate damages.

7.      The causes of action asserted in the Complaint and any damages claimed are barred, in whole or in part, because any damage, loss, or liability alleged must be reduced, diminished, and/or barred in proportion to any wrongful conduct of persons or entities other than HLT under principles of proportionate responsibility, comparative fault, and/or comparable legal doctrines.

8.      The causes of action asserted in the Complaint and any damages claimed are

barred, in whole or in part, because the statutes sued upon are unconstitutionally vague and ambiguous.

9.      The TVPRA does not allow for an award of exemplary damages, and, in any event, the Plaintiff is not entitled to exemplary damages. Moreover, the Complaint fails to establish that HLT acted with intentional and outrageous conduct, as required to justify the imposition of exemplary damages under federal common law. HLT's actions with respect to Plaintiff were not extreme, outrageous, or conscience-shocking. Further, Plaintiff's claims are barred, in whole or in part, because the Complaint fails to establish that any officer, director, or managing agent of HLT acted with malice, oppression, or fraud, or directed, or knew, or approved of an employee's malice, oppression, or fraud as required to justify exemplary damages.

10.      With respect to Plaintiff's claims for exemplary damages, HLT specifically incorporates by reference any and all standards of limitation regarding the determination and/or enforceability of exemplary damage awards which arose in the decisions of *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Grp., Inc.*, 532 U.S. 424 (2001); *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003), and their progeny.

11.      All claims are barred by the statute of limitations.

12.      All claims are barred by estoppel, waiver, and/or laches.

13.      The relief sought by Plaintiff is barred, in whole or in part, because HLT did not know and should not have known about the sex trafficking of Plaintiff.

14.      The relief sought by Plaintiff is barred, in whole or in part, because HLT did not knowingly benefit from sex-trafficking or any other venture of Plaintiff.

15.      The relief sought by Plaintiff is barred, in whole or in part, because HLT did not participate in sex-trafficking or any other venture of Plaintiff.

16.      The relief sought by Plaintiff is barred, in whole or in part, because HLT cannot be held vicariously liable for the acts or omissions of other Defendants.

17.      Any injuries and/or damages alleged by Plaintiff were the result of an unforeseeable series of events over which HLT had no control and for which HLT cannot be held liable.

18.    To the extent that HLT is found liable, it reserves the right to seek indemnification from any party so liable as a matter of law or by contractual right. Nothing contained herein shall be construed as a waiver of that right.

19.    At all times relevant herein, HLT exercised reasonable care and acted in accordance with or exceeded all applicable municipal, city, state, and federal statutory, regulatory and common-law requirements, regulations, and standards.

20.    HLT expressly reserves the right to amend this Answer to add, delete, or modify affirmative defenses based on legal theories, facts, and circumstances which may be developed through discovery or further legal analyses of Plaintiff's claim.

*        *        *

HLT requests that Plaintiff take nothing by virtue of the Complaint and that this action be dismissed in its entirety; that HLT recover costs of suit and attorneys' fees incurred; and for such other and further relief as the Court may deem just and proper.

Dated: September 18, 2025          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Aaron P. Brecher*
     Aaron P. Brecher
     abrecher@orrick.com
     401 Union Street, Suite 3300
     Seattle, WA 98101-2668
     Telephone: (206) 839-4300
     Facsimile: (206) 839 4301

     Molly McCafferty
     mmccafferty@orrick.com
     1000 Marsh Road
     Menlo Park, CA 94025-1015
     Telephone: (650) 614-7400
     Facsimile: (650) 614 7401

     *Attorneys for Defendant*
     *HLT San Jose LLC*