UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE (K.R.D.),<br><br>        Plaintiff,<br><br>  v.<br><br>HILTON WORLDWIDE HOLDINGS INC., et al.,<br><br>        Defendants. | Case No. 24-cv-06993-PCP (VKD)<br><br>**ORDER RE CHAMBERS COPIES RE FEBRUARY 11, 2026 DISCOVERY DISPUTE LETTER**<br><br>Re: Dkt. No. 71 |

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings, including joint discovery dispute letters, "no later than the close of the next court day following the day that the paper was electronically filed." Chambers copies must be double-sided and 3-hole punched along the left margin of the paper and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words "Magistrate Judge DeMarchi Chambers Copies."

The Court has not yet received chambers copies of the February 11, 2026 joint discovery dispute letter and exhibits filed by defendant Hilton Domestic Operating Company Inc. Dkt. No. 71. By **February 17, 2026, 12:00 p.m.**, defendant shall deliver chambers copies of that filing in accordance with this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: February 13, 2026

                                              Virginia K. DeMarchi
                                              United States Magistrate Judge