UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE (K.R.D.),<br><br>            Plaintiff,<br><br>        v.<br><br>HILTON WORLDWIDE HOLDINGS INC., et al.,<br><br>            Defendants. | Case No.  24-cv-06993-PCP   (VKD)<br><br>**INTERIM ORDER RE FEBRUARY 11, 2026 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 71 |

On March 31, 2026, the Court held a hearing regarding the parties' pending discovery dispute regarding defendant Hilton Domestic Operating Company Inc.'s ("Hilton") Request for Production ("RFP") 46 to plaintiff K.R.D. (Dkt. No. 71).  Dkt. No. 80.

Through RFP 46, Hilton seeks "a complete download of Plaintiff's social-media accounts from March 1, 2014 (the start of her alleged trafficking period) to the present."  Dkt. No. 71 at 1; Dkt. No. 71-1 (RFP 46).  K.R.D. argues that RFP 46 is overly broad as it seeks production of the entirety of K.R.D.'s Facebook and Instagram accounts over a twelve-year period without any limitations.  Dkt. No. 71 at 5.  K.R.D. suggests that Hilton be ordered to narrow the scope of RFP 46 and propose search terms.  *Id.* at 2-3, 8-9.

While the Court doubts that search terms can reliably be used to identify all relevant social media content, the Court agrees with K.R.D. that RFP 46 is overly broad.  Hilton shall prepare a revised version of RFP 46 that identifies the topics, by time period, for which Hilton wishes to obtain social media content.  The parties shall confer regarding the revised scope of RFP 46 and methods for identifying responsive information.  They shall file a joint status report advising the Court of their agreed or respective proposals for resolving this discovery dispute by **April 14,**

**2026**.  The joint status report may not exceed 1500 words total, or 750 words per side.

**IT IS SO ORDERED.**

Dated: March 31, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California