# Exhibit A

\

**<u>K.R.D. – Hilton's Proposed Topics for Plaintiff's Social Media Production</u>**

I.  <u>Previous Hilton RFPs to Plaintiff:</u> Beyond the topics addressed in RFP 46, Hilton believes that social media content would be responsive to the following prior Hilton RFPs: 2, 21, 26, 27, 29, 41.

II. Hilton's proposed revision of RFP 46 is as follows:

46. Any social media content including narrative posts, photographs and tags, captions, geotags, check-ins, stories, direct messages, and any other communications or published posts:

1. For Plaintiff's Alleged Trafficking Period, **Summer of 2014 to Summer of 2015**:
    a. Showing Plaintiff traveling outside of San Jose, California, including photos of landmarks or photographs placing Plaintiff in another city, references or tags identifiable locations, including but not limited to bars, restaurants, hotels, or retail establishments, and archived stories on Plaintiff's Instagram account depicting her location;
    b. Made by or attributed to Plaintiff during the dates in which Plaintiff alleges she was trafficked at the San Jose DoubleTree;
    c. Involving or exchanged with Plaintiff's trafficker or his associates;
    d. Involving or exchanged with Plaintiff's alleged johns;
    e. Where Plaintiff discusses her trafficker or trafficking;
    f. Involving Plaintiff's family;
    g. Regarding her child fathered by her trafficker;
    h. Reflecting Plaintiff's involvement in dating or romantic relationships; and
    i. Where Plaintiff discusses law enforcement or her arrests.

2. For Plaintiff's Alleged Damages Period – **Summer of 2014 to Present**
    a. Reflecting Plaintiff attending social gatherings, parties, concerts, sporting events, bars, restaurants, or other group activities;
    b. Reflecting Plaintiff traveling, vacationing, or visiting locations outside of her home location;
    c. Reflecting Plaintiff participating in exercise, sports, hiking, gym workouts, outdoor recreation, or other physical activities;
    d. In which Plaintiff discusses therapy attendance, medication use or non-compliance, self-assessments of mental health progress, or reluctance to seek treatment;

\

e.  In which Plaintiff discusses her trafficker or trafficking. This request includes any communication between Plaintiff and her trafficker or his associates through social media;

f.  In which Plaintiff discusses her lawsuit(s) related to trafficking, anticipated recovery, or the financial aspects of the claim;

g.  Referencing Plaintiff's use of alcohol or recreational drugs;

h.  Reflecting or discussing Plaintiff's professional accomplishments and/or employment;

i.  Reflecting Plaintiff's involvement in dating or romantic relationships; and

j.  Reflecting Plaintiff's interactions with her family.