# Exhibit C

**Amanda J.G. Walbrun**, SBN 317408
Boucher LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
(818) 340-5400 Telephone
(818) 340-5401 Facsimile
walbrun@boucher.la

**Bryan O. Blevins, Jr** *pro hac vice*
Provost Umphrey Law Firm, LLP
350 Pine Street, Suite 1100
Beaumont, TX 77701
(409) 835-6000 Telephone
bblevins@pulf.com

**David E. Harris** *pro hac vice*
Sico Hoelscher Harris LLP
819 N. Upper Broadway
Corpus Christi, TX 78401
(361) 653-3300 Telephone
dharris@shhlaw.com

*Attorneys for Plaintiff, Jane Doe, (K.R.D.)*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE (K.R.D.),<br>     *Plaintiff,*<br>  vs.<br><br>HILTON DOMESTIC OPERATING<br>COMPANY INC., et al<br>     *Defendant(s).* | Case No. 5:24-cv-06993-PCP-VKD<br><br>**Plaintiff's Third Amended and Supplemental Objections and Responses to Defendant Hilton Domestic Operating Company Inc.'s First Set of Interrogatories**<br><br>Complaint filed: Oct. 4, 2024 |

-1-

**RESPONSE:**    I would often have visible bruises from my trafficker.  I would have to check in at the front desk and frequently ask for extra towels or linens.  There was multiple condom wrappers in the trash can that housekeeping staff would have seen.  I was not dressed appropriately when moving around the hotel.  There was constant traffic to and from the room from unregistered male guests that would have been seen.

**SUPPLEMENTAL:**  From July of 2014 until mid-October 2014 just after I became pregnant with my son, my trafficker would be with me and present during check-in.  He would bring our bags to the room and while whenever I was seeing a "John", he would wait outside in the parking lot and smoke weed with other pimps.  In May of 2015 our son was born and in July of 2015 he began trafficking me again, but he would stay home with our son while forcing me to travel to various cities and hotels, including the Hilton Doubletree.  He used our son to coerce me and would not allow me to see him if I didn't send him enough money while he was trafficking me.

**INTERROGATORY NO. 14:**

Describe all physical, emotional, and psychological harm and other damages suffered by Plaintiff as a direct and proximate result of Hilton's alleged actions. Specifically, please identify and itemize all damages or expenses incurred by Plaintiff in connection with her alleged trafficking at the San Jose DoubleTree—including, but not limited to, medical bills, physical therapy expenses, mental or emotional therapy expenses, prescription/medication expenses, lost wages, loss of future earning capacity or wages, and all other past and future damages—and for each claimed damage or expense identify the date(s) and location(s) the damage or expense was incurred and any documents supporting or evidencing the damage or expense and any offset.

**RESPONSE:**    Plaintiff objects to this interrogatory as premature to the extent it seeks a complete and itemized listing of all general and special damages prior to the completion of discovery and expert disclosures. Further, Plaintiff is not a trained healthcare provider or mental health professional, the injuries have affected Plaintiff in numerous ways, and it would be unduly burdensome to try to list every impairment, complaint, or problem. Plaintiff also objects as this interrogatory exceeds the permissible scope of discovery to the extent that

-14-

**it requires Plaintiff to itemize intangible damages such as mental anguish. Plaintiff is not required to have a personal opinion on the amount or offer any testimony on a specific amount of damages for these intangibles as these items of damage are uniquely within the purview of the jury.**

**Subject to the aforementioned objections and without waiving same, as a result of my trafficking, I've experienced severe psychological distress and attempted suicide by cutting my wrists. I have suffered severe psychological and emotional trauma including PTSD, depression, anxiety and nightmares, which I continue to experience to this day. I have not had formal medical treatment or counseling because of the costs associated with it.  See also Plaintiff's live Complaint for a complete list of the damages Plaintiff is claiming in this suit.**

**SUPPLEMENTAL: Despite the physical, psychological, mental and emotional trauma I experienced during my trafficking and continue to suffer from today, I have been able to work, travel, engage in physical activity, spend quality time with my family, care for my child, and date following my trafficking.**

**INTERROGATORY NO. 15:**

Describe all medical care You have sought as a result of your alleged trafficking, including any and all care for physical, emotional, and/or psychological concerns You allege to have suffered as a direct and proximate result of Hilton's actions.  For each instance of medical care provided, please identify the date(s) you sought treatment, the name of Your care provider (including, if applicable, the medical group or hospital they are affiliated with), and the nature of the medical care you received.

**RESPONSE:      I have not received formal medical treatment to date, but I have participated in a women's group at Honey Lake Valley Assembly of God and the Community Church of Christ in Susanville, California.  In this women's group, it was more of a trauma-focused group where I didn't discuss the details of my trafficking, but about domestic abuse.  I continue to suffer from the trauma endured as a result of my forced trafficking.**

**SUPPLEMENTAL: I have relied upon my faith for support, strength and healing in the years following my trafficking.**

-15-

Plaintiff's Jane Doe (K.R.D.) Third Amended and Supplemental Objections and Responses to Defendant Hilton Domestic Operating Company Inc.'s First Set of Interrogatories

**Defendant to the deposition testimony and other testimony and evidence that will be adduced both in discovery and at trial.**

Dated: April 13, 2026

Respectfully submitted,

/s/    *Amanda J.G. Walbrun*
**Amanda J.G. Walbrun**, SBN 317408
Boucher LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
(818) 340-5400 Telephone
(818) 340-5401 Facsimile
walbrun@boucher.la

**Bryan O. Blevins, Jr** *pro hac vice*
Provost Umphrey Law Firm, LLP
350 Pine Street, Suite 1100
Beaumont, TX 77701
(409) 835-6000 Telephone
bblevins@pulf.com

**David E. Harris** *pro hac vice*
Sico Hoelscher Harris LLP
819 N. Upper Broadway
Corpus Christi, TX 78401
(361) 653-3300 Telephone
dharris@shhlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiff Jane Doe (K.R.D.), certifies that Plaintiff's Third Amended and Supplemental Objections and Responses to Defendant Hilton Domestic Operating Company Inc.'s First Set of Interrogatories have been served upon all counsel of record.

-19-

DATED: April 13, 2026

/s/   *Amanda J.G. Walbrun*
Amanda J.G. Walbrun

-20-