# EXHIBIT A

**Amanda J.G. Walbrun**, SBN 317408
Boucher LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
(818) 340-5400 Telephone
(818) 340-5401 Facsimile
walbrun@boucher.la

**Bryan O. Blevins, Jr** *pro hac vice*
Provost Umphrey Law Firm, LLP
350 Pine Street, Suite 1100
Beaumont, TX 77701
(409) 835-6000 Telephone
bblevins@pulf.com

**David E. Harris** *pro hac vice*
Sico Hoelscher Harris LLP
819 N. Upper Broadway
Corpus Christi, TX 78401
(361) 653-3300 Telephone
dharris@shhlaw.com

*Attorneys for Plaintiff, Jane Doe, (K.R.D.)*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE (K.R.D.),<br>          *Plaintiff,*<br>     vs.<br><br>HILTON DOMESTIC OPERATING<br>COMPANY INC., et al<br>          *Defendant(s).* | Case No. 5:24-cv-06993-PCP-VKD<br><br>**Plaintiff's Fourth Amended and Supplemental Objections and Responses to Defendant Hilton Domestic Operating Company Inc.'s First Set of Interrogatories**<br><br>Complaint filed: Oct. 4, 2024 |

-1-

To:     Defendant Hilton Domestic Operating Company Inc. by and through their attorneys of record, Emily F. Knox, Jones Day, 555 California St., 26th Floor, San Francisco, CA 94104, Allison L. McQueen and Bethany K. Biesenthal, Jones Day, 110 N. Wacker Dr., Suite 4800, Chicago, IL 60606, Andrew Clopton, Jones Day, 150 W. Jefferson, #2100, Detroit, MI 48226 and Nicole M. Perry, Jones Day, 717 Texas St., Suite 330, Houston, Texas 77002.

COMES NOW Plaintiff's Jane Doe (K.R.D.) and hereby serves her Fourth Amended and Supplemental Objections and Responses to Defendant Hilton Domestic Operating Company Inc.'s First Set of Interrogatories as authorized by Federal Rules of Civil Procedure 33 and 33.1.

**PLAINTIFF'S FOURTH AMENDED AND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO HILTON DEFENDANTS' FIRST SET OF INTERROGATORIES**

**INTERROGATORY NO. 1:**
For each instance that You were trafficked at the San Jose DoubleTree, provide (1) the date on which You or Your alleged Trafficker checked in, (2) the date on which You or Your alleged Trafficker checked out, (3) the number of days You stayed, (4) the name under which the room was booked, including any possible name variations for booking reservations (5) any additional guests registered or listed on the room (6) who paid for the room, and (7) the method of payment..

**RESPONSE:     I was trafficked at the San Jose Doubletree between the summer of 2014 and summer of 2015.  I was trafficked there around 3-4 times and from about 2-3 days each time. Although I was trafficked at this hotel location several times, I was able to locate online booking receipts for two separate stays from July 17-18 and again on July 18-19.  My trafficker booked rooms online under my name through various websites including but not limited to Priceline.com, Hotwire.com and Kayak.com.  Some bookings were under my name but spelled "K.R.D.          " as opposed to the correct spelling of my first name which is "K.R.D.  ".  Rooms may have also been booked using the name "K.R.D.             ".  Rooms were booked online by my trafficker with a credit card or pre-paid card and included 1 additional guest with the**

**reservation. But to my knowledge, no specific name was given for an additional guest. My trafficker would also book flights to hotel rooms in various cities to keep me isolated while forcing me to sell myself for his financial benefit.**

**AMENDED RESPONSE:   I was trafficked at the San Jose Doubletree between the summer of 2014 and the summer of 2015. I was trafficked there around 3-4 times and from about 2-3 days each time. Although I was trafficked at this hotel location several times, I was able to locate online booking receipts for two separate stays from July 17-18 and again on July 18-19. My trafficker booked rooms online under my name through various websites including but not limited to Priceline.com, Hotwire.com and Kayak.com. Some bookings were under my name but spelled "K.R.D. ███████" as opposed to the correct spelling of my first name which is "K.R.D. ██". Rooms may have also been booked using the name "K.R.D. ██████████". Rooms were booked online by my trafficker with a credit card or pre-paid card and included 1 additional guest with the reservation. But to my knowledge, no specific name was given for an additional guest. My trafficker would also book flights to hotel rooms in various cities to keep me isolated while forcing me to sell myself for his financial benefit.**

**SUPPLEMENTAL:   My trafficker, ██████ ██████ ███████ █ aka "Memphis Black" trafficked me at the San Jose Doubletree from July of 2014 through October of 2014, then again in July of 2015, just two months after our son was born in May. From July of 2014 until October of 2014, my trafficker would be with me and present during check-in. He would bring our bags to the room and while I was seeing a "John", he would wait outside in the parking and smoke weed with other pimps. I became pregnant in August of 2014 and after our son was born in May of 2015, he would stay home and use our son to coerce me and force me to travel to various cities and hotels for my trafficking. He wouldn't allow me to see our son unless I sent him enough money.**

**<u>INTERROGATORY NO. 2:</u>**
Identify any and all other dates and locations, not already identified in which Plaintiff performed or attempted to perform a commercial sex act as part of the alleged trafficking.

-3-

**RESPONSE:** I did not willingly perform commercial sex. My trafficker forced my trafficking for his financial benefit by using our infant son as a method of coercion and control, at the following locations including but not limited to:

**SECOND AMENDED RESPONSE:**

**Hilton Doubletree San Jose, California: Dates including but not limited to 7/4/2014 to 7/5/2014, 8/7/2014 to 8/10/2014, 10/9/2014 to 10/12/2014, 7/17/2015 to 7/18/2015 and 7/18/2015 to 7/19/2015**

**Hilton, Santa Clara, California: Dates including but not limited to 8/3/2015 to 8/4/2015 and 10/16/2015 to 10/17/2015**

**Circus Circus, Las Vegas, Nevada: Dates including but not limited to 10/23/2015 to 10/24/2015, 11/14/2015 to 11/17/2015, 11/20/2015 to 11/24/2015 and 11/27/2015 to 11/30/2015**

**Hawthorn Suites, Sacramento, California: Dates including but not limited to 7/11/2015 to 7/15/2015**

**Monte Carlo Resort and Casino, Las Vegas, Nevada: Dates including but not limited to 8/13/2015 to 8/14/2015, 8/16/2015 to 8/17/2015, 8/20/2015 to 8/22/2015, 8/22/2015 to 8/23/2015, 8/23/2015 to 8/24/2015, 9/24/2015 to 9/25/2015, 10/2/2015 to 10/55/2015, 10/9/2015 to 10/13/2015**

**Planet Hollywood, Las Vegas, Nevada: Dates including but not limited to 9/10/2015 to 9/12/2015 and 9/18/2015 to 9/21/2015**

**Hotel Rosedale, Bakersfield, California: Dates including but not limited to 1/18/2016 to 1/19/2016**

**InterContinental, Chicago, Illinois: Dates including but not limited to 3/30/2016 to 3/31/2016, 4/12/2016 to 4/13/2016 and 4/22/2016 to 4/24/2016**

**Westin, Chicago, Illinois: Dates including but not limited to 4/1/2016 to 4/3/2016**

-4-

**Omni, Chicago, Illinois: Dates including but not limited to 4/13/2016 to 4/14/2016**

**The Drake, Chicago, Illinois: Dates including but not limited to 4/19/2016 to 4/22/2016**

**Millenium Knickerbocker, Chicago, Illinois: Dates including but not limited to 5/4/2016 to 5/6/2016**

**Hilton, Costa Mesa, California: Dates including but not limited to 1/17/2016 to 1/18/2016**

**Hyatt Regency, Dallas, Texas: Dates including but not limited to 11/6/2015 to 11/7/2015**

**Omni, Los Angeles, California: Dates including but not limited to 7/31/2015 to 8/1/2015**

**Sheraton, New York City, New York: Dates including but not limited to 4/25/2016 to 4/27/2016**

**Crown Plaza Times Square, New York City, New York: Dates including but not limited to 4/27/2016 to 4/29/2016**

**Rocklin Park Hotel, Rocklin, California: Dates including but not limited to 9/6/2015 to 9/7/2015 and 9/15/2015 to 9/16/2015**

**Sheraton Grand, Sacramento, California: Dates including but not limited to 7/16/2015 to 7/17/2015 and 7/29/2015 to 7/30/2015**

**Madera, A Kimpton Hotel, Washington, DC: Dates including but not limited to 3/27/2016 to 3/28/2016**

**Kimpton Hotel Palomar, Washington, DC: Dates including but not limited to 3/28/2016 to 3/30/2016**

**Nugget Casino Resort, Sparks, Nevada: Dates including but not limited to**

-5-

**2/3/2016 to 2/4/2016**

**Dana Hotel & Spa, Chicago, Illinois: Dates including but not limited to 3/23/2016 to 3/26/2016**

**Doubletree by Hilton, Chicago, Illinois: Dates including but not limited to 3/26/2016 to 3/27/2016**

**Westin, Anaheim, California: Cannot recall exact dates**

**Warwick Allerton, Chicago, Illinois: Dates including but not limited to 5/3/2016 to 5/4/2016**
**Staybridge Suites, Rocklin, California: Dates including but not limited to 7/15/2015 to 7/16/2015**

**San Jose Marriott, San Jose, California: Dates including but not limited to 7/9/2015 to 7/10/2015 and 7/30/2015 to 7/31/2015**

**Hotel De Anza, San Jose, California: Dates including but not limited to 7/10/2015 to 7/11/2015**

**Avatar Hotel, Santa Clara, California: Dates including but not limited to 7/23/2015 to 7/24/2015**

**Le Montrose Suite Hotel, West Hollywood, California: Dates including but not limited to 8/1/2015 to 8/2/2015**

**INTERROGATORY NO. 3:**
Identify every instance in which You spoke, communicated, or otherwise interacted with any employee or other staff member at the San Jose DoubleTree, including any employees of Hilton.  For each instance, identify the staff member and their role at the San Jose DoubleTree.

**RESPONSE:        Although I can't recall any specific employees, I remember interacting with hotel staff at the front desk while checking in or extending my stays, and when requesting additional towels or linens.  Room service would**

-6-

**come in to clean also.**

**SUPPLEMENTAL:    I would say I communicated with hotel staff at a minimum, at check-in and when requesting extra towels multiple times each day for all stays referenced below.**

**7/4/2014 to 7/5/2014, 8/7/2014 to 8/10/2014, 10/9/2014 to 10/12/2014, 7/17/2015 to 7/18/2015 and 7/18/2015 to 7/19/2015**

**INTERROGATORY NO. 4:**
Identify all Persons with knowledge or information relevant to Plaintiff's alleged trafficking, including all Persons with knowledge or information regarding when Plaintiff met her alleged Trafficker, and all Persons who were with and/or associated with Plaintiff or her alleged Trafficker at any time during the alleged Trafficking Period. Include in Your response any nicknames or aliases, and contact information (including phone numbers, social media handles, emails, and addresses).

**RESPONSE:    Persons with knowledge of my trafficking include:**
▮ **trafficker**
▮ **trafficker's father; address and contact info unknown**
K.R.D.'s mother **, Plaintiff's mother;** city and phone number
**Yuba City Police Department; 1545 Poole Blvd., Yuba City, CA, (530) 822-4660**
**Superior Court of California, Santa Clara County; 191 North 1st St., San Jose**

**SUPPLEMENTAL:    My trafficker also used the alias, "▮".**

**INTERROGATORY NO. 5:**
Describe the alleged trafficking that forms the basis of the allegations in the Complaint, including the date on which Your alleged trafficking began, the Trafficker and/or associates who participated in the alleged trafficking, the circumstances in which You came to be trafficked by the Trafficker, every instance of force, fraud, or coercion allegedly experienced by You, and when the trafficking allegedly ended.

**RESPONSE:    In March of 2014 I initially met my trafficker,** ▮

-7-

**████████████████ on the website Plenty of Fish.  After meeting in person, I fell in love with him; however, that quickly changed when he became violent with me. He almost immediately started to post ads of me around April of 2014, forcing me to sell myself for his financial gain.  In August of 2014 I became pregnant with his (trafficker's) child.  He told me that after having his baby I could never leave and if I tried to, he would kill me.  He used our son to coerce and control me into selling myself 5-7 days each week for two years, in cities including San Jose, Los Angeles, Anaheim, Las Vegas, Chicago and Yuba City. During that two-year period, he gave me a quota that I had to make $500 per hour or $2500 per day.  He forced me to use Western Union to wire him the money that was paid by the "johns", and he would arrange my travel and lodging.  He refused to allow me to see or spend time with my son until I sent him enough money, and when I was able to see him, it was only for around 1 day while at home.  I was finally able to orchestrate my escape in May of 2016, and my trafficker was arrested for my trafficking.  An emergency protective order was then granted by a Judge.**

**SUPPLEMENTAL:     My trafficker, ███████  ██████  ████████  ██  aka "██████████" trafficked me at the San Jose Doubletree from July of 2014 through October of 2014, then again after our son was born in July of 2015. From July of 2014 until October of 2014, my trafficker would be with me and present during check-in.  He would bring our bags to the room and while I was seeing a "John", he would wait outside in the parking and smoke weed with other pimps.  I became pregnant in August of 2014 and after our son was born in May of 2015, he would stay home and use our son to coerce me and force me to travel to various cities and hotels for my trafficking.  He wouldn't allow me to see our son unless I sent him enough money.**

**INTERROGATORY NO. 6:**

Identify each Trafficker and whether that Trafficker was investigated, arrested or prosecuted for events related to Your alleged trafficking.  If your Trafficker was convicted of Trafficking related to You during the relevant trafficking period, please identify the time frame your Trafficker was in custody.

**RESPONSE:     My trafficker was ████████████████████. My trafficker was also the father of my child, and he used our child as a method of coercion**

and control over me during my trafficking period.  When I orchestrated my escape around May of 2016, Yuba City Police were called and after they found me with our child hiding in the bushes.  My trafficker was arrested May 10, 2016, and eventually convicted of human trafficking on March 13, 2017.  He took a plea deal of no contest and was only given 3 years of felony probation, while only serving half of that because of time served in jail.  Prior to his conviction in 2017, he spent around a year in Sutter County jail while going through the court process for my trafficking.  The case number is #216193 and entitled, People of the State of California v. ████████████████ .

**SUPPLEMENTAL:**    In February of 2018, I contacted the Yuba City Police Department after my trafficker began contacting my husband and other family members through Facebook.  The Facebook profile my trafficker used was in the name of his alias, "████████████".  My trafficker used this alias while trafficking me.  During this time, my trafficker was still on felony probation after he took a plea deal in 2017 for trafficking me and was in violation of his probation order.

**INTERROGATORY NO. 7:**
Identify all Internet or other advertising services used to post ads for Plaintiff's trafficking, any social media accounts used by Plaintiff during the alleged Trafficking Period, and any photos taken at the San Jose DoubleTree.  Include all Persons with knowledge of or information relating to the foregoing (e.g., any individuals who were involved in posting ads or otherwise aware of the ads) in your answer.

**RESPONSE:**    My trafficker, ████████████████████  posted ads of me on sites including Backpage.com, Nightshift, Cityvibe, Craigslist, Getluckyhere and Eros.  I have had the following social media accounts from 2013 to the present:

**Instagram:** K.R.D.'s social media  (no longer use)
**Facebook:** K.R.D.'s social media

**SUPPLEMENTAL:**    Ads were posted using the names "K.R.D.", "K.R.D. ████", ████" or "K.R.D. ████"

-9-

---

as Protective Services) in which You have been involved. Identify the date(s) of any such proceedings and the nature of such proceedings.

**RESPONSE:** I recall that I was given a citation twice in Las Vegas, Nevada in approximately 2015 or 2016 and once at a Marriott in San Jose for solicitation. After a reasonable search to date, I or my counsel have not located any record of that incident or disposition. In May of 2016, I was able to orchestrate my escape, and, in the process, the Yuba City Police were called. My trafficker was arrested and subsequently charged with my trafficking among other related offenses. I was involved in a civil proceeding in Clark County, Nevada when my trafficker filed a case against me and the apartment complex where he was a resident. He claimed that I was responsible for trespassing and burglary of his apartment on June 4, 2016. Around May 3, 2018, I contacted the Yuba City Police Department because my trafficker had violated the terms of his no contact order from his probation. I was part of a lawsuit against my landlord filed on February 23, 2023, and concluded on June 20, 2025; USA v. Joe Nolen et al (E.D. Cal.).**

**Other matters that I am involved in include:**
**1:24-cv-00395; Jane Doe K.R.D. v. G6 Hospitality, LLC, et al.**
**2:24-cv-8174; Jane Doe K.R.D. v. Wyndham Hotels & Resorts, Inc., et al**

**SUPPLEMENTAL:** In February of 2018, I contacted the Yuba City Police Department after my trafficker began contacting my husband and other family members through Facebook. The Facebook profile my trafficker used was in the name of his alias, "████████████". My trafficker used this alias while trafficking me. During this time, my trafficker was still on felony probation after he took a plea deal in 2017 for trafficking me and was in violation of his probation order.**

**INTERROGATORY NO. 12:**
State whether, at any time during the alleged Trafficking Period at the San Jose DoubleTree, or thereafter, Plaintiff contacted police or any law enforcement agency, or any human trafficking rescue organization, shelter, or advocacy or support group regarding her claims against her Trafficker. If so, please identify the date on which said contact occurred, the name of the organization or group Plaintiff contacted, the

-12-

nature of said contact, the name of the individual with whom Plaintiff had contact, the details of any discussion with that individual, and whether there exists any documentation of said contact (and, if so, provide a description of said documentation and identify the custodian of the same).

**RESPONSE:        In May of 2016, I was able to orchestrate my escape from my trafficker.  Just prior to my orchestrated escape, I went to the Yuba City Police Department to ask about getting a civil standby to help me get my son from my trafficker; however, they told me that there were no available officers to speak with at that time due to high call volume.  I arranged to meet my trafficker at a restaurant on May 10, 2016, under the pretense of having family time.  I arrived there with my mother, and my trafficker came with our son to meet us.  During the visit I asked my trafficker if I could bring our son to the bathroom and change his diaper.  Instead of bringing our son to the bathroom near the back of the restaurant, I fled out of the rear exit and hid outside the restaurant with our son.  My trafficker then got violent and assaulted my mother by pushing her to the ground and taking her phone.  The Yuba City Police were called, and he was arrested after the police found me hiding in the bushes.  I told them that he had been forcing me into prostitution for his financial benefit and using our child as a method of coercion and control over me.  He was eventually convicted of my trafficking and other related crimes.  See also the police reports in response to Requests for Production.**

**SUPPLEMENTAL:      In February of 2018, I contacted the Yuba City Police Department after my trafficker began contacting my husband and other family members through Facebook.  The Facebook profile my trafficker used was in the name of his alias, "███████████".  My trafficker used this alias while trafficking me.  During this time, my trafficker was still on felony probation after he took a plea deal in 2017 for trafficking me and was in violation of his probation order.**

## INTERROGATORY NO. 13:

Identify and describe all facts, including all documents or physical evidence, which support Plaintiff's allegation that Hilton knew or should have known that Plaintiff was being trafficked at the San Jose DoubleTree, including any red flags of sex trafficking activity that Hilton allegedly observed.

-13-

**RESPONSE:     I would often have visible bruises from my trafficker.  I would have to check in at the front desk and frequently ask for extra towels or linens.   There was multiple condom wrappers in the trash can that housekeeping staff would have seen.  I was not dressed appropriately when moving around the hotel.  There was constant traffic to and from the room from unregistered male guests that would have been seen.**

**SUPPLEMENTAL:  From July of 2014 until mid-October 2014 just after I became pregnant with my son, my trafficker would be with me and present during check-in.  He would bring our bags to the room and while whenever I was seeing a "John", he would wait outside in the parking lot and smoke weed with other pimps.  In May of 2015 our son was born and in July of 2015 he began trafficking me again, but he would stay home with our son while forcing me to travel to various cities and hotels, including the Hilton Doubletree.  He used our son to coerce me and would not allow me to see him if I didn't send him enough money while he was trafficking me.**

**<u>INTERROGATORY NO. 14:</u>**
Describe all physical, emotional, and psychological harm and other damages suffered by Plaintiff as a direct and proximate result of Hilton's alleged actions. Specifically, please identify and itemize all damages or expenses incurred by Plaintiff in connection with her alleged trafficking at the San Jose DoubleTree— including, but not limited to, medical bills, physical therapy expenses, mental or emotional therapy expenses, prescription/medication expenses, lost wages, loss of future earning capacity or wages, and all other past and future damages—and for each claimed damage or expense identify the date(s) and location(s) the damage or expense was incurred and any documents supporting or evidencing the damage or expense and any offset.

**RESPONSE:     Plaintiff objects to this interrogatory as premature to the extent it seeks a complete and itemized listing of all general and special damages prior to the completion of discovery and expert disclosures. Further, Plaintiff is not a trained healthcare provider or mental health professional, the injuries have affected Plaintiff in numerous ways, and it would be unduly burdensome to try to list every impairment, complaint, or problem. Plaintiff also objects as this interrogatory exceeds the permissible scope of discovery to the extent that**

-14-

**it requires Plaintiff to itemize intangible damages such as mental anguish. Plaintiff is not required to have a personal opinion on the amount or offer any testimony on a specific amount of damages for these intangibles as these items of damage are uniquely within the purview of the jury.**

**Subject to the aforementioned objections and without waiving same, as a result of my trafficking, I've experienced severe psychological distress and attempted suicide by cutting my wrists. I have suffered severe psychological and emotional trauma including PTSD, depression, anxiety and nightmares, which I continue to experience to this day. I have not had formal medical treatment or counseling because of the costs associated with it.  See also Plaintiff's live Complaint for a complete list of the damages Plaintiff is claiming in this suit.**

**SUPPLEMENTAL: Despite the physical, psychological, mental and emotional trauma I experienced during my trafficking and continue to suffer from today, I have been able to work, travel, engage in physical activity, spend quality time with my family, care for my child, and date following my trafficking.**

**SUPPLEMENTAL: Subject to the aforementioned objections and without waiving same, as a result of my trafficking, I've experienced severe psychological distress including attempting suicide by cutting my wrists.  I have suffered severe psychological and emotional trauma.  I struggle with depression, anxiety and nightmares.  I have not had any formal medical or counseling because of the cost associated with it.  The psychological and emotional trauma started immediately with my trafficking and continues to this day.  Certain locations, smells and other triggers cause my anxiety and distress to spike.  Due to the things that have happened to me I am paranoid that people are following me and I am uncomfortable being around others beyond family and longtime friends, especially men I am not familiar with.  Due to past threats made by my trafficker, I fear for the safety of my children.  Today, I homeschool my children.**

**INTERROGATORY NO. 15:**
Describe all medical care You have sought as a result of your alleged trafficking, including any and all care for physical, emotional, and/or psychological concerns You allege to have suffered as a direct and proximate result of Hilton's actions.  For

Plaintiff's Jane Doe (K.R.D.) Fourth Amended and Supplemental Objections and Responses to Defendant Hilton Domestic Operating Company Inc.'s First Set of Interrogatories

each instance of medical care provided, please identify the date(s) you sought treatment, the name of Your care provider (including, if applicable, the medical group or hospital they are affiliated with), and the nature of the medical care you received.

**RESPONSE:        I have not received formal medical treatment to date, but I have participated in a women's group at** church **and** church **in** city **.        In this women's group, it was more of a trauma-focused group where I didn't discuss the details of my trafficking, but about domestic abuse.  I continue to suffer from the trauma endured as a result of my forced trafficking.**

**SUPPLEMENTAL: I have relied upon my faith for support, strength and healing in the years following my trafficking.**

**INTERROGATORY NO. 16:**
Identify all financial institutions or applications that You used or otherwise had an account with during the Trafficking Period.  For each such account, please list the dates during which Your account was active, the name or username associated with such account, and any account number or other account identifying information.

**RESPONSE:        My trafficker frequently had me send him the money made from my forced trafficking by Western Union.  I had a bank account with US Bank, but I can't remember the dates or any details of that account as it was so many years ago.  Prepaid visa cards were also used.**

**SUPPLEMENTAL:        I can't remember any of the Western Union details as it was so long ago.**

**INTERROGATORY NO. 17:**
Identify and describe all facts, including all documents or physical evidence, which support Plaintiff's allegation in Paragraphs 54, 59, and 61 of the Complaint that sex trafficking was "widespread" at the San Jose DoubleTree.

**RESPONSE:        Plaintiff objects to this interrogatory as unduly burdensome,**

-16-