# EXHIBIT D

# JONES DAY

717 TEXAS  •  SUITE 3300  •  HOUSTON, TEXAS  77002.2712

TELEPHONE: +1.832.239.3939 • JONESDAY.COM

Direct Number: (832) 239-3791
NMPERRY@JONESDAY.COM

April 28, 2026

**VIA EMAIL**

Bryan O. Blevins Jr.
Claire Brown
Provost Umphrey Law Firm
350 Pine Street, Ste. 1100
Beaumont, TX 77701
bblevins@provostumphrey.com
cbrown@provostumphrey.com

Amanda J.G. Walbrun
Boucher LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
walbrun@boucher.la

> Re: *Jane Doe (K.R.D.) v. Hilton Domestic Operating Company Inc., et al.*,
> No. 5:24-cv-06993 (N.D. Cal.)

Counsel:

On behalf of Hilton Domestic Operating Company Inc. ("Hilton"), I write regarding your April 9 and April 13 Productions of Plaintiff's Social Media Information ("Social Media Production"). Without waiver of Hilton's right to identify additional issues related to the Social Media Production, this letter sets forth the identified deficiencies in Plaintiff's Social Media Production. Hilton requests that Plaintiff provide a response to this letter by May 6, 2026.

## I.    PLAINTIFF'S SNAPCHAT ACCOUNT

In Plaintiff's initial interrogatory responses served on October 21, 2025, and her supplemental responses served on January 21, April 9, April 13, and April 24, 2026, Plaintiff identified only two social media accounts in response to Interrogatory No. 7: Instagram and Facebook. Plaintiff's Response to Hilton Interrogatory No. 7. Despite this representation, Hilton's review of Plaintiff's Social Media Production revealed photographs bearing filters distinct to the Snapchat platform that were downloaded and posted to Facebook in 2016 and 2017.[1] For example,

---

[1] Plaintiff's produced Facebook Timeline Reports at beginning Bates: JD(KRD)-02004; 02008; 02030; 02036; 02049; 02838; 03226; 03393; 03398; 03542.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

April 28, 2026
Page 2

Plaintiff produced the following photographs with Snapchat-specific filters :[2]





Based on Hilton's understanding of Snapchat's functionality, photographs saved on the

---

[2] JD(KRD)-02049; JD(KRD)-02838.

April 28, 2026
Page 3

Snapchat platform generate a memory chronicle that is stored within the user's account.

Additionally, Hilton has identified "████████████" as a potential Snapchat username associated with Plaintiff.

In light of these facts, please confirm the following:

(1) Plaintiff's username(s) for any such Snapchat account;

(2) The years during which Plaintiff's Snapchat account has been active and verification of those dates;

(3) The volume of Plaintiff's stored photographs or memories on her Snapchat account; and

(4) If Plaintiff no longer has access to Snapchat stored photographs or memories, the date of destruction of such materials.

## II.    PRODUCTION MATERIALS WITH MISSING INFORMATION

Among the documents produced by Plaintiff from her Facebook account are Facebook timeline reports. However, a significant number of these reports fail to display the substantive content of the timeline entries. Instead, the reports merely indicate that Plaintiff posted content without revealing what that content actually was.[3] For example, the missing content shows up on the reports in the following manner:



---

[3] Plaintiff's produced Facebook Timeline reports at beginning Bates: JD(KRD)-02759; 02766; 02779; 03338; 03347; 03351; 03373; 03383; 03417; 03457; 03459; 03484; 03503; 03522-03526; 03542; 03549; 03561-62; 02004; 02034; 02049; 02054; 02057; 02061; 02103; 02106; 02114; 02121; 02164; 02177; 02838; 02858-2869; 02944; 02949; 02977; 02989; 02991; 02997; 03002; 03021; 03030; 03061; 03147; 03155; 03178; 03189; 03227; 02249; 02258; 02323; 02330; 02358; 02407; 02412; 02417; 02425; 02434; 02472; 02482; 02504; 02512.

April 28, 2026
Page 4

This production format is wholly inadequate. Hilton is unable to view, assess, or identify the substance of the content produced, nor can it determine whether such content is responsive to its outstanding discovery requests. Hilton has also not been able to access this information on Plaintiff's public Facebook account. Hilton is entitled to the substance of the posts, status updates, photographs, shared content, and other materials reflected on Plaintiff's timeline — not merely a confirmation that such posts were made.

Accordingly, Hilton requests that Plaintiff promptly supplement her production to include complete and legible records of all timeline content responsive to Hilton's requests. To the extent Plaintiff contends that any portion of the missing content is not subject to production, Plaintiff should provide a specific explanation for each item withheld, identifying the basis upon which production is being refused.

### III.    MISSING PARTICIPANT NAMES AND MESSAGES IN FACEBOOK MESSAGES

In Plaintiff's Social Media Production, several direct messages from Facebook were produced. In a number of these messages, the other participant in the conversation with Plaintiff is not identified and their portion of the conversation does not appear in the record.[4] These posts include but are not limited to the following records:[5]



---

[4] JD(KRD)-02669; JD(KRD)-02672; JD(KRD)-02697; JD(KRD)-02701.
[5] JD(KRD)-02619 ; JD(KRD)-02672.

April 28, 2026
Page 5



This format of production is deficient. Hilton is entitled to review the full context of each conversation, including the identity of all participants. Without such information, Hilton is unable to meaningfully assess the substance of these communications.

Accordingly, Hilton requests that Plaintiff reproduce these message records with the names of each participant in the conversation included, or provide a sufficient explanation as to why such identifying information has been withheld, redacted, or is missing.

## IV.    MISSING POSTS ON PLAINTIFF'S FACEBOOK ACCOUNTS

During our April 10 meet and confer, and in Plaintiff's representations to the Court in the April 14 Status Report (Dkt. 82), Plaintiff represented that her Facebook account is "fully public" and that all information on that account is equally accessible to Hilton as it is to Plaintiff. Hilton has serious concerns regarding the accuracy of this representation for the reasons set forth below.

First, there is content on Plaintiff's Facebook account that does not appear to be publicly accessible. Specifically, there is content that still appears hidden on her account. By way of example:

5

April 28, 2026
Page 6



Second, upon review of Plaintiff's Social Media Production, Hilton has identified posts and photographs from Facebook that were included in the production but do not currently appear on Plaintiff's Facebook account as published. For example, Appendix A attached to this letter shows the 12 posts that are currently shown on Plaintiff's Facebook account for the entire year of 2016.

In its review, Hilton has identified approximately 888 posts and photographs from 2016 in Plaintiff's Social Media Production that are not currently visible on Plaintiff's Facebook account.[6] Further, upon a comprehensive review of Plaintiff's purportedly public Facebook account, Hilton has identified the following additional posts and photographs that appear in Plaintiff's Social Media Production but are not publicly accessible on Plaintiff's Facebook profile: 1 from 2023[7];

---

[6] Plaintiff's produced Facebook Timeline Reports at beginning Bates: JD(KRD)-02004; 02008; 02014; 02030; 02034; 02036; 02049; 02054; 02057; 02061; 02065; 02070; 02079; 02086; 02103; 02106; 02114; 02118; 02121; 02126; 02130; 02141; 02147; 02150; 02155; 02164; 02168; 02177; 02184; 02188; 02192; 02196; 02374; 02376; 02378; 02382; 02384; 02386; 0238802619; 02756; 02786; 02838; 02922; 02944; 02949; 02977; 02989; 02991; 02997; 03002; 03021; 03030; 03061; 03072; 03147; 03155; 03160; 03178; 03183; 03189; 03227; 03232.
[7] JD(KRD)-02748.

April 28, 2026
Page 7

approximately 243 from 2017[8]; 375 from 2015[9]; and 52 from 2014[10].[11] In total, there are over 1,500 posts and photographs from the production that do not appear on Plaintiff's current published Facebook profile.

This discrepancy leads to one of two conclusions: either Plaintiff's Facebook account is not, in fact, fully public, or Plaintiff has deleted content from her Facebook account subsequent to production. In either case, Hilton is entitled to a full explanation. Accordingly, please confirm the following:

(1) Whether Plaintiff's Facebook account is currently set to fully public, and provide verification of that setting;

(2) Whether the entirety of Plaintiff's Facebook data downloaded from the Trafficking and Damages Period, March 2014 to present, was reviewed in response to Hilton's Requests for Production, including Hilton's revised Request for Production No. 46, and whether all responsive materials were produced or whether any content was withheld on the ground that the information appeared "publicly." To the extent content from this period was not reviewed or produced, Plaintiff is requested to promptly produce all responsive materials or provide a verified explanation as to why Plaintiff has not reviewed and produced such content;

(3) A signed attestation on whether Plaintiff has removed any content from her Facebook account at any time since the filing of this lawsuit on October 4, 2024, including the specific dates on which any content was removed and a description of the content that was removed; and

(4) A written explanation for why Plaintiff represented to Hilton and the Court that her Facebook profile was set to public when content was still hidden or removed from her published Facebook page.

---

[8] Plaintiff's produced Facebook Timeline Reports at beginning Bates: JD(KRD)-02703; 02709; 02715; 02718; 02721; 02724; 02730; 02736; 02739; 02742; 02745; 02759-02762; 02779; 02807; 03229; 03235; 03338; 03347; 03351; 03357; 03367; 03373; 03383; 03417; 03457; 03459; 03462-63; 03484; 03503-03504; 03522-03526; 03542; 03549; 03561-62.

[9] Plaintiff's produced Facebook Timeline Reports at beginning Bates: JD(KRD)-02199; 02203; 02209; 02217; 02232; 02237; 02242; 02249; 02254; 02256; 02258; 02270-77; 02292; 02302; 02323; 02330; 02358; 02372; 02390; 02392; 02394; 02396; 02398; 02400; 02402; 02407; 02412; 02417; 02425; 02434; 02439; 02447; 02482; 02489; 02504; 02506; 02512; 02514; 02534; 02538; 02540; 02636; 02639; 02642; 02645; 02648; 02651; 02657; 02660; 02838.

[10] Plaintiff's produced Facebook Timeline Reports at beginning Bates: JD(KRD)-02404; 02544; 02546; 02553; 02555; 02555; 02570; 02572; 02578; 02585; 02623; 02629; 02632; 02663.

[11] Notably, on her current published Facebook account, Plaintiff has only 11 posts from 2015 and 17 posts from 2014—both years falling within her alleged Trafficking Period.

7

April 28, 2026
Page 8

### V.    TIME PERIOD OF PRODUCTION AND REVIEW PROCESS

Upon review of Plaintiff's Social Media Production, Hilton has determined that Plaintiff produced data only for 2014, 2015, 2016, 2017, and a single post from 2023. Furthermore, in Plaintiff's responses and objections to Hilton's proposed revision of RFP 46, Plaintiff stated on several occasions that "Plaintiff has selectively reviewed and produced responsive information," yet Plaintiff has offered no explanation of what "selectively reviewed" means in this context.

Hilton maintains that RFP 46 encompasses Plaintiff's entire Trafficking Period (March 2014 to July 2015) and alleged Damages Period (March 2014 to present). Although Plaintiff had the opportunity to narrow her damages period in her April 24 supplemental interrogatory responses, as ordered by the Court, she declined to do so. Accordingly, the entire damages period previously claimed by Plaintiff—March 2014 to present—remains at issue for purposes of production. Accordingly, please confirm the following:

(1) The time period for which Plaintiff's content was reviewed in response to the revised RFP 46;

(2) What "selectively reviewed" means as used in Plaintiff's responses;

(3) Whether Plaintiff has produced the entirety of Plaintiff's Facebook content from the Trafficking Period; and

(4) Whether Plaintiff is withholding any Facebook content and, if so, on what basis.

### VI.    OUTSTANDING REQUESTS REGARDING PLAINTIFF'S INSTAGRAM

As set forth in our April 27, 2026 correspondence, Plaintiff failed to provide notification by the Court-ordered deadline of April 24, 2026 that she no longer maintains content on her Instagram account. We have requested that Plaintiff confirm whether she does, in fact, still have content on this account. Based on the materials Plaintiff has produced, there are at least two Instagram posts from 2016 that were produced on her Facebook account.[12] Moreover, as of this week, Plaintiff's private Instagram account appears to contain 41 posts, which does not account for possible story archives or messages, and the profile picture for this account matches the Facebook profile picture that was updated on October 10, 2025.

---

[12] JD(KRD)-02750; JD(KRD)-02753; JD(KRD)-02756

**JONES DAY**

April 28, 2026
Page 9




Accordingly, Hilton has reason to believe that content exists on this account and that the account was active both in 2016 and as recently as October 2025. Further, according to Plaintiff's interrogatory responses, which have remained unchanged since October 21, 2025, her Instagram account has been active since 2013. Plaintiff's Response to Hilton Interrogatory 7.

We have not received a response to our April 27 correspondence. Hilton reiterates its request that Plaintiff confirm whether content exists on her Instagram account and further requests that Plaintiff confirm the following:

(1) The dates and years during which Plaintiff's Instagram account has been active;

(2) Whether Plaintiff has ever deleted content from her Instagram account, and if so, when and what content was deleted; and

(3) Whether Plaintiff's Instagram account has been downloaded since the parties submitted their joint status report on April 14, 2026.

\* \* \*

Hilton reserves all its rights, without limitation, to supplement these deficiencies at a later time.

9

JONES DAY

April 28, 2026
Page 10

     Please let us know if you have any questions.  We are available to discuss any and all of the items set forth above.

Very truly yours,

*/s/ Nicole M. Perry*

Nicole M. Perry

JONES DAY

April 28, 2026
Page 11

## Appendix A – Plaintiff's Current 2016 Facebook Timeline



JONES DAY

April 28, 2026
Page 12



April 28, 2026
Page 13





JONES DAY

April 28, 2026
Page 14







14