Nicole Perry, Esq., *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany Biesenthal, Esq., *Pro Hac Vice*
Allison McQueen, Esq., *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
        amcqueen@jonesday.com

Emily F. Knox (State Bar No. 307035)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: egoldbergknox@jonesday.com

Attorneys for Defendant
*Hilton Domestic Operating Company Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE (K.R.D.),<br><br>Plaintiff,<br><br>v.<br><br>HILTON DOMESTIC OPERATING COMPANY INC., et al.,<br><br>Defendants. | Case No. 5:24-cv-06993-PCP-VKD<br><br>**JOINT STIPULATION AGREEING TO EXTEND DEADLINES** |

Pursuant to Local Rule 6-2 and 7-12, Plaintiff Jane Doe (K.R.D.) ("Plaintiff"), Defendant Hilton Domestic Operating Company Inc. ("Hilton"), and Defendant HLT San Jose LLC, by and through their counsel, jointly stipulate and respectfully request that the Court enter the accompanying [Proposed] Order permitting an extension of the current deadlines in this action by approximately two months.

**Previous Time Modification: First Extension Request**

Plaintiff filed her Complaint on October 4, 2024, Dkt. No. 1. The Court issued the Case Management Order, Dkt. No. 51, on May 16, 2025, setting pre-trial deadlines. The Court granted the first extension to the case schedule on February 17, 2026, Dkt. No. 75, extending deadlines by two months, including extending the close of fact discovery from April 15, 2026 to June 15, 2026. The extension was premised on the parties' discovery disputes, including on Plaintiff's social media production. Hilton filed a Joint Discovery Letter Brief on the social media dispute, Dkt. No. 71, on February 11, 2026, but counsel were not available for a hearing until March 31, 2026, about two weeks before the original April 15, 2026 close of discovery deadline. Hilton's position was that Plaintiff's deposition could not have been taken before the ruling on the Joint Discovery Letter Brief. Hilton was also working to supplement its production, and depositions of Hilton's witnesses could not be scheduled until its production was substantially complete. This Joint Stipulation Agreeing to Extend Deadlines requests a second modification to the case schedule, extending the pre-trial deadlines by approximately two months.

**Discovery Conducted Since First Extension**

The parties have been diligently pursuing and responding to substantial discovery since the previous schedule extension in February 2026. Hilton conducted searches of its custodian email data and reviewed more than 21,000 documents that hit on Plaintiff's search terms. Hilton served First Supplemental Disclosures on March 6, and Amended Responses to Plaintiff's Interrogatories and Requests for Production on March 31, as well as Second Amended Responses to Plaintiff's Interrogatories on April 29. The parties have engaged in extensive discussions about supplemental discovery by Hilton, and Hilton is conducting an ongoing investigation related to additional policies that may have applied to the San Jose DoubleTree during the Trafficking Period. Hilton has made

JOINT STIPULATION AGREEING TO
EXTEND DEADLINES
CASE NO. 5:24-CV-06993-PCP-VKD

a series of rolling productions. Plaintiff reviewed and made productions containing some of Plaintiff's social media content. On April 24, Plaintiff served her revised response to Hilton's Interrogatory No. 14, after which the parties discussed the narrowed social media production topics proposed by Hilton. The parties met and conferred in an effort to resolve the discovery disputes on April 10, April 29, and May 7.

**Reasons for Requested Extension of Deadlines**

While the parties have diligently engaged in discovery in good faith, additional document productions from both parties are expected. The Court's May 13, 2026 Further Order Re February 11, 2026 Discovery Dispute, Dkt. No. 85, directs Plaintiff to produce all of her social media content for the periods of summer 2014 through summer 2016 and October 4, 2023 to October 4, 2025. For the period between summer 2016 and October 2023, Plaintiff must produce a sample of her social media content as selected by Hilton. Plaintiff must complete her production of social media by the later date of May 28, 2026 or ten calendar days after Hilton selects its sample. Consistent with the Court's April 16, 2026 Order, Dkt. No. 83, "K.R.D.'s deposition shall be scheduled for a date [before the close of discovery] after K.R.D. completes any relevant production of information from her social media accounts." Hilton will need additional time to review that further discovery before taking Plaintiff's deposition. The parties are meeting and conferring on a date for Plaintiff's deposition.

Plaintiff has also requested supplemental discovery from Hilton related to additional security policies and procedures and other topics, and Hilton is diligently working to supplement its production on a rolling basis but does not expect to complete production until approximately June 12. Plaintiff needs Hilton's supplemental production before taking depositions of Hilton's witnesses. To date, Plaintiff has requested the depositions of four former employees of the San Jose DoubleTree—the General Manager, Security Manager, and two Night Auditors, one of whom also was a Front Desk Clerk—which cannot be scheduled until production is complete. Hilton will not be able to complete its supplemental production and these multiple depositions by June 15.

Accordingly, because the parties cannot resolve the remaining discovery disputes, produce and review supplemental productions, and schedule and take depositions of Plaintiff and Hilton's

JOINT STIPULATION AGREEING TO
EXTEND DEADLINES
CASE NO. 5:24-CV-06993-PCP-VKD

witnesses before the current schedule's close of discovery on June 15, the parties request an extension to the case schedule by approximately two months.

Agreed upon filing, but subject to the Court's approval, the parties stipulate and agree to extend all remaining deadlines in this matter by approximately two months, as follows:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | June 15, 2026 | August 14, 2026 |
| Plaintiff's Designation of Opening Experts with Reports | June 15, 2026 | August 14, 2026 |
| Last Day to Complete ADR | June 30, 2026 | August 28, 2026 |
| Defendants' Designation of Opening Experts with Reports | July 15, 2026 | September 15, 2026 |
| Expert Discovery Cutoff | September 15, 2026 | November 16, 2026 |
| Filing of Dispositive/Daubert Motion(s) | October 5, 2026 | December 4, 2026 |
| Trial Setting Conference | February 23, 2027 | April 23, 2027 |

JOINT STIPULATION AGREEING TO
EXTEND DEADLINES
CASE NO. 5:24-CV-06993-PCP-VKD

Dated:  May 19, 2026

Respectfully submitted,

JONES DAY

By: */s/ Nicole M. Perry*

Nicole M. Perry, Esq*., Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email: nmperry@jonesday.com

Bethany Biesenthal, Esq*., Pro Hac Vice*
Allison McQueen, Esq*., Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email: bbiesenthal@jonesday.com
        amcqueen@jonesday.com

Andrew J. Clopton, Esq., *Pro Hac Vice*
JONES DAY
150 W. Jefferson, Suite 2100
Detroit, MI 48226
Telephone:  (313) 733-3939
Facsimile:  (313) 230-7997
Email: aclopton@jonesday.com

Emily F. Knox
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
Email: egoldbergknox@jonesday.com

Attorneys for Defendant
*Hilton Domestic Operating Company Inc.*

JOINT STIPULATION AGREEING TO
EXTEND DEADLINES
CASE NO. 5:24-cv-06993-PCP-VKD

By: */s/ Bryan Blevins*

Bryan O. Blevins, Jr. | SBN 02487300 – *Pro Hac Vice*
350 Pine Street, Ste. 1100
Beaumont, TX 77701
(409) 835-6000 Telephone
(409) 838-8888 Facsimile
bblevins@pulf.com

Amanda J.G. Walbrun, State Bar No. 317408
  *walbrun@boucher.la*
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel: (818) 340-5400
Fax: (818) 340-5401

David E. Harris, *Pro Hac Vice*
  *dharris@shhlaw.com*
SICO HOELSCHER HARRIS, LLP
819 N. Upper Broadway
Corpus Christi, Texas 78401
Tel: (361) 653-3300

*Attorneys for Plaintiff Jane Doe (K.R.D.)*

By: */s/ Molly McCafferty*
Molly McCafferty
Orrick, Herrington and Sutcliffe
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
Email: Mmccafferty@orrick.com

Aaron Paul Brecher
Orrick, Herrington & Sutcliffe
401 Union Street, Suite 3300
Seattle, WA 98101
(206) 839-4332
Email: Abrecher@orrick.com

Attorneys for Defendant
*HLT San Jose LLC*

JOINT STIPULATION AGREEING TO
EXTEND DEADLINES
CASE NO. 5:24-CV-06993-PCP-VKD

5

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ Nicole M. Perry
Nicole M. Perry, Esq.

Attorney for Defendant
*Hilton Domestic Operating Company Inc.*

JOINT STIPULATION AGREEING TO
EXTEND DEADLINES
Case No. 5:24-cv-06993-PCP-VKD