Nicole M. Perry, Esq., *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, Esq., *Pro Hac Vice*
Allison L. McQueen, Esq., *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
amcqueen@jonesday.com

Emily F. Knox (State Bar No. 307035)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: egoldbergknox@jonesday.com

Attorneys for Defendant
*Hilton Domestic Operating Company Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JANE DOE (K.R.D.),

Plaintiff,

v.

HILTON DOMESTIC OPERATING COMPANY INC., et al.,

Defendants.

Case No. 5:24-cv-06993-PCP-VKD

**DECLARATION OF NICOLE M. PERRY IN SUPPORT OF HILTON'S MOTION FOR SPOLIATION SANCTIONS**

1. I am over the age of 18 and competent to testify to the following facts.

2. I am one of the attorneys representing Hilton Domestic Operating Company Inc. ("Hilton") in this case and make this declaration in support of Hilton's Motion for Spoliation Sanctions.

3. ***Exhibit A*** is a true and accurate copy of select excerpted portions of Plaintiff's Objections and Responses to Hilton's First Set of Interrogatories, served October 21, 2025. Exhibit A contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

4. ***Exhibit C***, attached hereto, is a true and accurate copy of email correspondence between counsel for Hilton and counsel for Plaintiff.

5. ***Exhibit D*** is a true and accurate copy of email correspondence between counsel for Hilton and counsel for non-party Meta Platforms, Inc. ("Meta"). Exhibit D contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

6. ***Exhibit E*** is a chronology of events relevant to Hilton's Motion for Spoliations Sanctions. Exhibit E contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

7. ***Exhibit F*** is a true and accurate copy of select excerpted portions of Plaintiff's Deposition Transcript. Exhibit F contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

8. ***Exhibit G***, attached hereto, is a true and accurate copy of select excerpted portions of Plaintiff's Supplemental Objections and Responses to Hilton's First Requests for

Production, served May 28, 2026.

9. ***Exhibit H***, attached hereto, is a true and accurate copy of select excerpted portions of Hilton's First Set of Requests for Production to Plaintiff, served September 9, 2025.

10. ***Exhibit I***, attached hereto, is a true and accurate copy of the "Attachment – Social Media – Download Your Data Protocols" served with Hilton's First Set of Requests for Production to Plaintiff.

11. ***Exhibit J***, attached hereto, is a true and accurate copy of select excerpted portions of Hilton's First Set of Interrogatories to Plaintiff, served September 9, 2025.

12. ***Exhibit K***, attached hereto, is a true and accurate copy of email correspondence between counsel for Hilton and counsel for Plaintiff.

13. ***Exhibit L***, attached hereto, is a true and accurate copy of email correspondence between counsel for Hilton and counsel for Plaintiff.

14. ***Exhibit M*** is a true and accurate copy of Hilton's April 28, 2026 discovery deficiency letter to Plaintiff's counsel. Exhibit M is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

15. ***Exhibit N***, attached hereto, is a true and accurate copy of Hilton's May 18, 2026 discovery deficiency letter to Plaintiff's counsel.

16. ***Exhibit O*** is a true and accurate copy of select excerpted portions of Plaintiff's Fifth Amended and Supplemental Objections and Responses to Hilton's First Set of Interrogatories, served May 28, 2026. Exhibit O contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

17. ***Exhibit P*** is a true and accurate copy of Plaintiff's sworn declaration that her Fifth Amended and Supplemental Answers to Hilton's Interrogatories are true and

correct. Exhibit P contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

18. ***Exhibit Q*** is a true and accurate copy of Hilton's June 15, 2026 discovery deficiency letter to Plaintiff's counsel. Exhibit Q contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

19. ***Exhibit R*** (Bates Nos. JD(KRD)-02164, 02166, 06125, 18468, 18471–18472, and 30429–30431) is a true and accurate copy of social media content produced by Plaintiff. Exhibit R contains information revealing Plaintiff's True Identity. Exhibit R is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

20. ***Exhibit S*** is a true and accurate copy of email correspondence between counsel for Hilton and counsel for Plaintiff. Exhibit S contains information revealing Plaintiff's True Identity. Exhibit S is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

21. ***Exhibit T*** is a true and accurate copy of Hilton's July 8, 2026 subpoena to Meta. Exhibit T contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

22. ***Exhibit U*** is a true and accurate copy of Meta's July 23, 2026 objections and responses to Hilton's subpoena. Exhibit U is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

23. ***Exhibit V*** is a true and accurate copy of select excerpted portions of Plaintiff's Sixth

Amended and Supplemental Objections and Responses to Hilton's First Set of Interrogatories, served July 9, 2026. Exhibit V contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

24. ***Exhibit W*** is a true and accurate copy of Plaintiff's sworn declaration that her Sixth Amended and Supplemental Answers to Hilton's Interrogatories are true and correct. Exhibit W contains information revealing Plaintiff's True Identity. It is attached hereto in redacted form and, per Hilton's Motion to File Under Seal, will be filed under seal upon entry of the Court's Order regarding that motion.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Respectfully submitted and signed, under Federal Rule of Civil Procedure 11, on this 27th day of October, 2026.

*/s/ Nicole M. Perry*
Nicole M. Perry, Esq., *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Nicole M. Perry*______________
Nicole M. Perry, Esq.

Attorney for Defendant
*Hilton Domestic Operating Company Inc.*