UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE (K.R.D.), Plaintiff, v. HILTON WORLDWIDE HOLDINGS INC., et al., Defendants. | Case No. 24-cv-06993-PCP (VKD) **ORDER RE NOVEMBER 4, 2026 DISCOVERY DISPUTE RE PLAINTIFF'S RULE 30(B)(6) DEPOSITION OF DEFENDANT** Re: Dkt. No. 97 |

Plaintiff K.R.D. and defendant Hilton Domestic Operating Company Inc.'s ("Hilton") ask the Court to resolve their dispute about the scope of topics 12-14, 30-34, and 38[1] in plaintiff's Rule 30(b)(6) deposition notice to defendant Hilton. Dkt. No. 97. The Court held a hearing on this dispute on November 10, 2026. For the reasons discussed on the record at the hearing, the Court orders as follows:

**1. Topics 12-14**

Hilton must prepare a witness to testify as to corporate-level information within the scope of each topic regarding responsive information known to Hilton at the corporate level; Hilton is not required to undertake a hotel-by-hotel review and investigation to prepare for these deposition topics.

**2. Topics 30-34**

Hilton must prepare a witness to testify regarding these topics with respect to responsive information regarding activity at Hilton's San Jose DoubleTree location. In addition, to the extent

[1] The parties advised during the November 10, 2026 hearing that there is no longer a dispute as to topic 35.

United States District Court
Northern District of California

United States District Court
Northern District of California

Hilton has or maintains aggregate information within the scope of these topics that is known to Hilton at the corporate level, Hilton must prepare a witness to testify to that corporate-level information. Hilton is not required to undertake a hotel-by-hotel review and investigation to prepare for these deposition topics with respect to its hotels other than the San Jose DoubleTree location.

**3. Topic 38**

Hilton must prepare a witness to testify regarding this topic with respect to responsive information pertaining to the San Jose DoubleTree location. In addition, to the extent Hilton has responsive policies, procedures, or directives within the scope of this at the corporate level, Hilton must prepare a witness to testify to that corporate-level information. Hilton is not required to undertake a hotel-by-hotel review and investigation to prepare for this deposition topic with respect to its hotels other than the San Jose DoubleTree location.

The Rule 30(b)(6) deposition of Hilton shall proceed on the dates identified in the discovery dispute letter unless the parties stipulate otherwise.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Virginia K. DeMarchi

VIRGINIA K. DEMARCHI
United States Magistrate Judge