Aaron P. Brecher (State Bar No. 305001)
abrecher@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101-2668
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

Molly McCafferty
mmccafferty@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650 614 7400

*Attorneys for Defendant HLT San Jose LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE (K.R.D.),<br><br>Plaintiff,<br><br>v.<br><br>HILTON DOMESTIC OPERATING COMPANY INC., et al.,<br><br>Defendants. | Case No. 5:24-cv-06993<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT HLT SAN JOSE LLC** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Jane Doe (K.R.D.) and Defendant HLT San Jose LLC stipulate to the dismissal of Plaintiff's claims against HLT San Jose LLC without prejudice.

Dated: November 16, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Aaron P. Brecher*

Aaron P. Brecher (State Bar No. 305001)
abrecher@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 839-4300

Molly McCafferty
mmccafferty@orrick.com
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400

*Attorneys for Defendant HLT San Jose LLC*

Dated: November 16, 2026

PROVOST UMPHREY LAW FIRM

By: */s/ Bryan O. Blevins, Jr.*

Bryan O. Blevins, Jr., (*Pro Hac Vice*)
bblevins@pulf.com
Claire Brown (*Pro Hac Vice*)
350 Pine Street, Ste. 1100
cbrown@pulf.com
Beaumont, TX 77701
Telephone: (409) 835-6000

Amanda J.G. Walbrun
walbrun@boucher.la
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
Telephone: (818) 340-5400
Fax: (818) 340-5401

*Attorneys for Plaintiff Jane Doe (K.R.D.)*